UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SHOW MEDIA PROMOTIONS,
                            Plaintiff(s),

       -against-

TAXI TOURS,
                       Defendant(s).
--------------------------------------------------------X

## NOTICE OF COURT CONFERENCE

10 civ 8840 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, January 5, 2011** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                         Don Fletcher
                                         Courtroom Case Manager

Dated: New York, New York
       December 6, 2010



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2010